**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
ltfisher@bursor.com
Neal J. Deckant (State Bar No. 322946)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Attorneys for Applicant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRICKEY JACKSON,<br><br>                   Applicant,<br><br>   v.<br><br>For an order compelling META PLATFORMS, INC. to produce documents pursuant to a subpoena *duces tecum*,<br><br>                   Respondent. | CASE NO. _____<br><br>**[PROPOSED] ORDER GRANTING APPLICANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM META PLATFORMS, INC. PURSUANT TO A SUBPOENA *DUCES TECUM*** |

**Related Case:**
*Jackson v. Amazon, Inc.*, No. 3:20-cv-02365-WQH-BGS (S.D. Cal.) (Hayes, J.)

     Pursuant to Federal Rule of Civil Procedure 45, Applicant Drickey Jackson ("Applicant") moved to compel the production of specific documents from Respondent Meta Platforms, Inc. ("Meta") that would be responsive to the subpoena *duces tecum* served on Meta on August 23, 2023.  This Court **GRANTS** the Motion.

     The Court **ORDERS** Meta to produce all responsive documents to Applicant's Requests Nos. 1-15, without objection, to the extent that such data is within the possession, custody, or control of Meta, within fifteen days of the date of this order.  The information shall include all information regarding the settings of the closed Facebook groups, the number of members and number of posts in the closed Facebook groups, the Applicant's activities in the Facebook groups, and the method by which Amazon gained access to the closed Facebook groups (among other categories of requests, as discussed in the Applicant's subpoena).  Meta should make this production directly to Bursor & Fisher, P.A., pursuant to the procedures set forth in the subpoena.

     **IT IS SO ORDERED.**

Dated: _____

_____